UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:17-CV-1557 |
| | § | |
| FIRST ADVANTAGE BACKGROUND | § | |
| SERVICES, CORP. | § | **UNOPPOSED** |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF
INITIAL SCHEDULING CONFERENCE**

Plaintiff Michael Anthony Harris ("Plaintiff") moves this Court for an order continuing the Rule 16(f) Initial Scheduling Conference scheduled for August 25, 2017, and for good cause, shows as follows:

1. Plaintiff filed the above-captioned matter on May 22, 2017. (Doc. 1).

2. This Court promptly entered the Order for Conference and Disclosure of Interested Parties ("Initial Order") on May 23, 2017. (Doc. 4).

3. Pursuant to the Initial Order, this matter is set for an initial pretrial and schedule conference before this Court on August 25, 2017 at 09:30 A.M. in Houston, Texas.

4. The undersigned currently has a Final Pre-Trial Conference set for that same term in another judicial district. Specifically, prior to entry of the Initial Order, a Final Pre-Trial Conference was set for August 25, 2017 at 09:00 A.M., in another matter wherein the undersigned is co-lead trial counsel. *Martinez v. Real Page, Inc.* Case No. 4:16-cv-00349-ALM (E.D. TX. Sept. 14, 2016) (Doc. 17).

5. Thus, the undersigned is unable to attend the Initial Scheduling Conference in this matter on August 25, 2017.

6. Prior to filing this motion, the undersigned conferred with Defendant's counsel by telephone and in writing.  Defendant does not oppose the relief sought herein.  Further, in an effort to continue the Initial Scheduling Conference for an earlier or later date in the month of August, the parties conferred, and subject to the Court's availability, can be available on the following dates: August 23, 24, 28, 29 or 30th.

7. Defendant will not be prejudiced by a continuance of the Initial Scheduling Conference.

8. This motion is made in good faith and not for the purpose of delay.

9. For the foregoing reasons, and for good cause shown, Plaintiff respectfully requests that the Initial Scheduling Conference be continued to August 23, 24, 28, 29 or 30, 2017, or a later date.

10. Pursuant to LR 7.1(C), a proposed order is attached hereto for the Court's consideration.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins (TX Bar No.: 24088777)
Federal Bar No.: 2338097
**THE ADKINS FIRM, P.C.**
2 Perimeter Park South, Suite 405 E
Birmingham, AL  35243
Telephone:     (205) 206-6718
Facsimile:     (205) 208-9632
Email: MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff*

2

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred without counsel for Defendant, by telephone and in writing, prior to filing this motion, and Defendant does not oppose the relief sought herein.

*/s/ Micah S. Adkins*
Micah S. Adkins

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

David E. Wynne
Burdine Wynne, LLP
1021 Main St., Ste. 1275
Houston, Texas 77002

Henry Chalmers
Edward Cadagin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
*Counsel for First Advantage Background Services, Corp.*

*/s/ Micah S. Adkins*
Micah S. Adkins